FILED
U.S. DISTRICT COURT
DIV.
2012 MAR -5 AM 11: 24
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN KELLAT,

    Plaintiff,

v.

BRIAN OWENS; BRUCE CHATMAN;
DON JARRIEL; JOHN PAUL; DOUG
WILLIAMS; Lt. ARTHUR; SANDY
JACKSON; Lt. BRADY; Sgt. SHARP;
Sgt. FOUNTAIN; CO II WILCHER;
CO II MOBLEY; VERA ANTHONY;
PATRICIA MOXLEY; Mr. MOSELEY;
Mr. STRICKLAND; TOMMY JONES;
DEAN BROOME; KEVIN MARLER;
SHANNON ROLAND; Ms. MURRAY;
Ms. TODD; JOHN DOE; and
JANE DOE,

    Defendants.

CIVIL ACTION NO.: CV611-126

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff John Kellat ("Plaintiff"), an inmate currently confined at Georgia State Prison in Reidsville, Georgia, filed an action pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement. By Order dated January 3, 2012, the undersigned informed Plaintiff that the claims he set forth in his Complaint appeared to be unrelated and instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wished to pursue in this action. Plaintiff filed a Response to the undersigned's January 3, 2012, Order on January 30, 2012. That Response suffered from the same defects as Plaintiff's original Complaint. On February 29, 2012, Plaintiff

AO 72A
(Rev. 8/82)

filed a Supplemental Response to the undersigned's January 3, 2012, Order. In his Supplemental Response, Plaintiff advised the Court that he wishes to pursue his claims pertaining to his insulin injection on November 30, 2009. The claims Plaintiff wishes to pursue are reiterated by Plaintiff in his Supplemental Response, (Doc. No. 18), and are addressed in an Order of even date.

Based on Plaintiff's decision to pursue his claims pertaining to his insulin injection on November 30, 2009, Plaintiff's claims against Defendants Moseley, Strickland, Roland, Owens, Jarriel, Chatman, Jones, Broome, Paul, and John or Jane Doe that do not relate to that insulin injection should be **DISMISSED**, without prejudice. Additionally, Plaintiff's claims against Defendants Williams, Arthur, Jackson, Brady, Sharp, Fountain, Wilcher, Mobley, Anthony, Moxley, Marler, Murray, and Todd should be **DISMISSED**, without prejudice.

**SO REPORTED** and **RECOMMENDED**, this 5th day of March, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)