IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN KELLAT,

   Plaintiff,

v.

CIVIL ACTION NO.: CV611-126

BRIAN OWENS; BRUCE CHATMAN;
DON JARRIEL; JOHN PAUL; DOUG
WILLIAMS; Lt. ARTHUR; SANDY
JACKSON; Lt. BRADY; Sgt. SHARP;
Sgt. FOUNTAIN; CO II WILCHER;
CO II MOBLEY; VERA ANTHONY;
PATRICIA MOXLEY; Mr. MOSELEY;
Mr. STRICKLAND; TOMMY JONES;
DEAN BROOME; KEVIN MARLER;
SHANNON ROLAND; Ms. MURRAY;
Ms. TODD; JOHN DOE; and
JANE DOE,

   Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Moseley, Strickland, Roland, Owens, Jarriel, Chatman, Jones, Broome, Paul, and John or Jane Doe that do not relate to the November 30, 2009 insulin injection are **dismissed** without prejudice. All of Plaintiff's claims against Defendants Williams, Arthur, Jackson, Brady, Sharp, Fountain, Wilcher, Mobley, Anthony, Moxley, Marler, Murray, and Todd are **dismissed** without prejudice.

**SO ORDERED**, this 3 day of April, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)