IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN KELLAT,

    Plaintiff,

v.

BRIAN OWENS; BRUCE CHATMAN;
DON JARRIEL; JOHN PAUL;
Mr. MOSELEY; Mr. STRICKLAND;
TOMMY JONES; DEAN BROOME;
SHANNON ROLAND; JOHN DOE;
and JANE DOE,

    Defendants.

CIVIL ACTION NO.: CV611-126

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's case is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10 day of August, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)